Sanford Peters, Appellant, v. The McMillan Book Company, ..espondent. — Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that, although the case is not within the scaffold statute* (no structure was being erected, painted or repaired), the evidence shows that the ladder was an improper appliance for doing the work which the plaintiff was directed to do.

Edward F. Brady, Respondent, v. Eastman Kodak Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Almira D..Hulbert, Appellant, v. The Village of East Syracuse, Respondent.— Judgment affirmed, with costs. All concurred.

Onondaga County, Respondent, v. Daniel H. Strong and Others, Appellants, Impleaded with Albert C. Phillips, as Executor, etc., of Eliza C. Luther, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., not voting.

Fanny L. Habicust, as Administratrix, etc., of William F. J. Kreeger, Deceased, Respondent, v. United States Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Smidt, Respondent, v. Buffalo Cold Storage Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the admission of the evidence of the plaintiff's wife as to her physical condition was reversible error. All concurred, except Kruse, J., who dissented.

Thomas J. Crowley, Respondent, v. Sun Insurance Office, Appellant, Impleaded with William Lawton and Harry Blasdell.— Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Buffalo, Lockport and Rochester Railway Company, Respondent, v. John B. Hoyer and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

* See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 18.— [REP.